

# Fourth Court of Appeals
## San Antonio, Texas

December 5, 2017

No. 04-17-00428-CV

Javier **MORA,**
Appellant

v.

Anna **MORA,**
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2001CI00776
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

On November 21, 2017, this court received appellant's brief. Appellant's brief violates Texas Rule of Appellate Procedure 9.9 in that documents contained in the appendix have not been redacted to protect the minors' identities.

We, therefore, **ORDER** that appellant's brief is **STRICKEN**. We further ORDER appellant to file an amended appellant's brief in compliance with TRAP 9.9 on or before **December 15, 2017**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of December, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court